# IN THE UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| FRACTAL ANALYTICS, INC., )<br>Plaintiff, )<br>)<br>v. )<br>)<br>FRACTALANALYTICSINC.COM, )<br>et al., )<br>Defendants. ) | Civil Action No. 1:19-cv-1051 |

## ORDER

On October 4, 2019, United States Magistrate Judge John F. Anderson entered a Proposed Findings of Fact and Recommendations ("Report") in this case, recommending that default judgment be entered against Defendants Fractalanalytics.com and Fractal-analytics.com and in favor of Plaintiff Fractal Analytics, Inc.

Upon consideration of the record and Judge Anderson's Report, to which no objections have been filed, and having found no clear error,[1]

The Court **ADOPTS**, as its own, the findings of fact and recommendations of the United States Magistrate Judge, as set forth in the Report (Dkt. 15).

Accordingly,

It is hereby **ORDERED** that plaintiff's motion for default judgment (Dkt. 11) is **GRANTED**.

It is further **ORDERED** that default judgment is entered against Defendants

---

[1] *See Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (in the absence of any objections to a magistrate's report, the court "need not conduct a *de novo* review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'").

Fractalanalytics.com and Fractal-analytics.com and in favor of Plaintiff Fractal Analytics, Inc.

It is further **ORDERED** that VeriSign, Inc. shall transfer the domain names FractalAnalyticsInc.com and Fractal-Analytics.com from the current registrars to BigRock Solutions Ltd.

It is further **ORDERED** that BigRock Solutions Ltd. shall take all necessary steps to have Plaintiff Fractal Analytics, Inc. listed as the registrant for FractalAnalyticsInc.com and Fractal-Analytics.com.

The Clerk of the Court is directed to enter Rule 58 judgment against Defendants FractalAnalyticsInc.com and Fractal-Analytics.com and in favor of Plaintiff Fractal Analytics, Inc.

The Clerk is further directed to provide a copy of this Order to all counsel of record, and to place this matter among the ended causes.

Alexandria, Virginia
November 13, 2019

/s/
T. S. Ellis, III
United States District Judge